1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN  (CABN 302096)
   Assistant United States Attorney
5
       1301 Clay Street
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

**FILED**

May 18 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 21-MJ-70230-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| RYAN KARY, | ) |
| Defendant. | ) |

A preliminary hearing is scheduled in this case for June 1, 2021. Counsel for the United States and counsel for the defendant, Ryan Kary, jointly stipulate and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from May 17, 2021 to June 1, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can prepare, including by reviewing discovery that will be produced by the government shortly.  For these reasons, the parties stipulate and agree that excluding time until June 1, 2021, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and

agree that the ends of justice served by excluding time from May 17, 2021 to June 1, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: May 18, 2021  /s/ Molly K. Priedeman
MOLLY K. PRIEDEMAN
Assistant United States Attorney

DATED: May 18, 2021  /s/ Angela Hansen
ANGELA HANSEN
Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND ORDER
NO. 21-MJ-70230-MAG

2

# **ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from May 17, 2021 to June 1, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 17, 2021 to June 1, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 17, 2021 to June 1, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED: May 18, 2021

_____
THE HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME
AND ORDER
NO. 21-MJ-70230-MAG